UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, A DIVISION OF THE RAIL CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, <br><br>   Plaintiff, <br><br> v. <br><br> NATIONAL MEDIATION BOARD, <br><br> and <br><br> UNION PACIFIC RAILROAD CO., <br><br>   Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*  Case No. 1:07CV1421 (RMU)<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## DEFENDANT UNION PACIFIC RAILROAD COMPANY'S MOTION FOR ADDITIONAL TIME

COMES NOW Defendant Union Pacific Railroad Company ("Union Pacific") and requests thirty additional days, to and including October 4, 2007, to answer or otherwise respond to the Complaint in this case. In support of this request, Union Pacific states as follows:

1. Plaintiff's complaint alleges that Defendant National Mediation Board violated the Railway Labor Act, 45 U.S.C. § 151 et seq., in regard to its handling of an arbitration panel created by Plaintiff and Union Pacific.

2. Union Pacific has been joined in this lawsuit as an indispensable party.

3. Defendant National Mediation Board ("NMB"), as a government agency, is permitted 60 days to answer. NMB's deadline to answer will not come until after October 4, 2007.

4579272

4. This case is a complex case involving the NMB's authority to abrogate and cancel arbitration panels under the Railway Labor Act, with potential ramifications beyond just this case. Union Pacific respectfully submits that in light of the complexity and potential scope of this case, Union Pacific requires additional time in order to address and to respond to Plaintiff's Complaint.

5. This is Union Pacific's first such request in this case.

6. Union Pacific respectfully submits that the combination of the (i) complexity of the case, (ii) the potential ramifications of the case, (iii) the fact that the NMB will not be answering or otherwise responding to the Complaint for approximately 30 more days and (iv) the fact that this is Union Pacific's first request constitute good cause for this limited extension under Fed. R. Civ. P. 6(b).

7. Because issue will not be joined on the Complaint until the NMB responds, and because this is just the initial stage of the case, Plaintiff will not be prejudiced by Union Pacific's request.

8. Union Pacific's counsel has requested this extension from Plaintiff's counsel. Plaintiff's counsel stated that he had to check with his client about whether he could consent to the extension. As this is the first request for an extension and as counsel for Plaintiff have an established working relationship from this and other cases, Union Pacific would not expect opposition from Plaintiff in the ordinary course.

9. Because, however, Union Pacific is not assured of Plaintiffs' consent or even assured of a response by today, Union Pacific must file this request.

WHEREFORE, Union Pacific respectfully requests that the Court grant Union Pacific an addition 30 days from today within which to answer or other wise respond to the Complaint.

Respectfully submitted,

<u>     /s/ Harvey A. Levin                             </u>
Harvey A. Levin (D.C. Bar No. 203869)
Clifford Godiner
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C.  20006-1167
(202) 585-6942 (telephone)
(202) 508-1013 (facsimile)
Email: hlevin@thompsoncoburn.com
          cgodiner@thompsoncoburn.com

Counsel for Defendant Union Pacific Railroad Company

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September 2007, true and correct copies of the foregoing Motion and accompanying Order were served by ECF and by first class mail postage prepaid on:


Michael S. Wolly, Esquire
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut Avenue NW, Suite 712
Washington, DC 20036

National Mediation Board
1301 K. St. NW, Suite 250 East
Washington, DC 20005-7011


                                         /s/ Harvey A. Levin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, A DIVISION OF THE RAIL CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, | * * * * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No. 1:07CV1421 (RMU) |
| NATIONAL MEDIATION BOARD, | * * | |
| and | * * | |
| UNION PACIFIC RAILROAD CO., | * * | |
| Defendants. | * * | |

**ORDER GRANTING
DEFENDANT UNION PACIFIC RAILROAD COMPANY'S
MOTION FOR ADDITIONAL TIME**

On motion for Defendant Union Pacific Railroad Company ("Union Pacific"), for good cause shown, for an extension of thirty additional days, to and including October 4, 2007, to answer or otherwise respond to the Complaint, it is hereby ORDERED that:

1. Union Pacific's motion be, and it hereby is, granted.

2. Union Pacific shall have through October 4, 2007 within which to answer or otherwise respond to the Complaint.

_____
Ricardo M. Urbina
United States District Judge

4579353

- 2 -

Copies to:

Harvey A. Levin
Michael S. Wolly
National Mediation Board