UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, A DIVISION OF THE RAIL CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL MEDIATION BOARD, <br><br> and <br><br> UNION PACIFIC RAILROAD CO., <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * Case No. 1:07CV1421 (RMU) <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

**PRAECIPE ENTERING APPEARANCE OF CO-COUNSEL FOR DEFENDANT UNION PACIFIC RAILROAD COMPANY**

THE CLERK WILL PLEASE enter the appearance of Clifford A. Godiner as co-counsel with Harvey A. Levin for Defendant Union Pacific Railroad Company. Mr. Godiner and Mr. Levin are both partners in the law form of Thompson Coburn, LLP. Mr. Godiner will be filing a motion for admission pro hac vice.

Respectfully submitted,

   /s/ Harvey A. Levin
Harvey A. Levin (D.C. Bar No. 203869)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C. 20006-1167
(202) 585-6942 (telephone)
(202) 508-1013 (facsimile)
Email: hlevin@thompsoncoburn.com

4579455

      /s/ Clifford A. Godiner
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6433 (telephone)
(202) 552-7433 (facsimile)
Email: cgodiner@thompsoncoburn.com

Counsel for Defendant Union Pacific Railroad Company

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September 2007, true and correct copies of the foregoing Praecipe were served by ECF and by first class mail postage prepaid on:

Michael S. Wolly, Esquire
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut Avenue NW, Suite 712
Washington, DC 20036

National Mediation Board
1301 K. St. NW, Suite 250 East
Washington, DC 20005-7011

/s/ Harvey A. Levin