UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, A DIVISION OF THE RAIL CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br>Plaintiff,<br>v.<br>NATIONAL MEDIATION BOARD, et al.<br>Defendants. | Case No. 1:07CV1421 (RMU) |

**STATEMENT REGARDING MOTION FOR EXTENSION OF TIME**

Rule 19 Defendant Union Pacific RailRoad Company has moved the Court to extend the time in which to respond to the Complaint. Plaintiff Brotherhood of Locomotive Engineers and Trainmen does not oppose the granting of this motion.

Respectfully submitted,
/s/ Michael S. Wolly
Michael S. Wolly (DC Bar Number 225482)
Margo Pave (DC Bar Number 461219)
ZWERDLING, PAUL, KAHN & WOLLY, P.C.
1025 Connecticut Ave. NW  Suite 712
Washington, D.C.  20036
PHONE: (202) 857-5000
FAX: (202) 223-8417
E-MAIL: mwolly@zwerdling.com
mpave@zwerdling.com

OF COUNSEL:
Harold A. Ross, Interim Legal Coordinator
Brotherhood of Locomotive Engineers and Trainmen
1370 Ontario Street Mezzanine
Cleveland, OH 44113-1702
PHONE: (440) 734-3754
FAX: (440) 734-3754
E-MAIL: haross1@aol.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of September 2007, I electronically filed and served the foregoing Statement using the CM/ECF system, which will send notification of such filing, via electronic mail, to the attorneys for the Defendants, as well as by first class mail, postage prepaid:

Harvey A. Levin
Thompson Coburn LLP
1909 K Street NW
Suite 600
Washington, DC 20006-1167

Clifford A Godiner
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101

Peter M. Bryce
Trial Attorney, U.S. Dept. Of Justice
Federal Programs Branch
Civil Division
20 Massachussetts Ave. NW
Washington, DC 20530

                                                /s/ Michael S. Wolly
                                                Michael S. Wolly