UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, A DIVISION OF THE RAIL CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL MEDIATION BOARD, <br><br> and <br><br> UNION PACIFIC RAILROAD CO., <br><br> Defendants. | Case No. 1:07CV1421 (RMU) |

**MOTION FOR ADMISSION PRO HAC VICE OF CLIFFORD A. GODINER AS CO-COUNSEL FOR DEFENDANT UNION PACIFIC RAILROAD COMPANY**

Pursuant to Local Rule 83.2(d), Harvey A. Levin, undersigned counsel for Defendant Union Pacific Railroad Company and a practicing member, in good standing, of the bar of this Court, moves for the admission pro hac vice of Clifford A. Godiner as co-counsel for Defendant Union Pacific Railroad Company. Further pursuant to subsections (1) through (6) of Local Rule 83.2(d), undersigned counsel represents as follows with respect to Mr. Godiner:

(1) Clifford Alan Godiner

(2) Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6433 (telephone)
(202) 552-7433 (facsimile)
Email: cgodiner@thompsoncoburn.com

4579485

(3) Bars of the State of Missouri; the United States Courts of Appeals for the District of Columbia, Seventh, Eighth and Tenth Circuits; the United States District Courts for the Eastern District of Missouri, the Southern District of Illinois, the Central District of Illinois, the District of Colorado, the District of Arizona and the District of Nevada.

(4) Mr. Godiner has not been disciplined by any bar.

(5) Mr. Godiner has not been admitted pro hac vice in this Court within the last two years.

(6) Mr. Godiner does not engage in the practice of law in the District of Columbia.

WHEREFORE Harvey A. Levin, undersigned counsel for Defendant Union Pacific Railroad Company respectfully prays for an order admitting Clifford A. Godiner pro hac vice of as co-counsel.

Respectfully submitted,

       /s/ Harvey A. Levin
Harvey A. Levin (D.C. Bar No. 203869)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C. 20006-1167
(202) 585-6942 (telephone)
(202) 508-1013 (facsimile)
Email: hlevin@thompsoncoburn.com

Counsel for Defendant Union Pacific Railroad Company

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September 2007, true and correct copies of the foregoing motion and accompanying Order were served by ECF and by first class mail postage prepaid on:

Michael S. Wolly, Esquire
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut Avenue NW, Suite 712
Washington, DC 20036

National Mediation Board
1301 K. St. NW, Suite 250 East
Washington, DC 20005-7011


    /s/ Harvey A. Levin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, A DIVISION OF THE RAIL CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL MEDIATION BOARD, <br><br> and <br><br> UNION PACIFIC RAILROAD CO., <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * Case No. 1:07CV1421 (RMU) <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

**ORDER GRANTING
MOTION FOR ADMISSION PRO HAC VICE OF CLIFFORD A. GODINER AS CO-COUNSEL FOR DEFENDANT UNION PACIFIC RAILROAD COMPANY**

On motion for Defendant Union Pacific Railroad Company ("Union Pacific"), for the admission pro hac vice of Clifford A. Godiner as co-counsel for Union Pacific, it is hereby ORDERED that:

1. Union Pacific's motion be, and it hereby is, granted.

2. Clifford A. Godiner is admitted pro hac vice as co-counsel for Union Pacific in this case.

_____
Ricardo M. Urbina
United States District Judge

4579523

- 2 -

Copies to:

Harvey A. Levin
Michael S. Wolly
National Mediation Board