UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, A DIVISION OF THE RAIL CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL MEDIATION BOARD, <br><br> and <br><br> UNION PACIFIC RAILROAD CO., <br><br> Defendants. | **FILED** <br><br> SEP 6 - 2007 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT <br><br> Case No. 1:07CV1421 (RMU) |

### ORDER GRANTING
### MOTION FOR ADMISSION PRO HAC VICE OF CLIFFORD A. GODINER AS CO-COUNSEL FOR DEFENDANT UNION PACIFIC RAILROAD COMPANY

On motion for Defendant Union Pacific Railroad Company ("Union Pacific"), for the admission pro hac vice of Clifford A. Godiner as co-counsel for Union Pacific, it is hereby

ORDERED that:

1. Union Pacific's motion be, and it hereby is, granted.

2. Clifford A. Godiner is admitted pro hac vice as co-counsel for Union Pacific in this case.

9/6/07
Date

Ricardo M. Urbina
United States District Judge

Copies to:

Harvey A. Levin
Michael S. Wolly
National Mediation Board