IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, A DIVISION OF THE RAIL CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS<br><br>            Plaintiff,<br><br>      v.<br><br>NATIONAL MEDIATION BOARD,<br><br>      and<br><br>UNION PACIFIC RAILROAD CO.,<br><br>            Defendants. | Case No. 1:07-cv-01421 (RMU) |

**DEFENDANT NATIONAL MEDIATION BOARD'S UNOPPOSED
MOTION TO EXTEND TIME TO ANSWER OR RESPOND**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant the National Mediation Board (the "NMB") respectfully moves this Court to extend by thirty days the time to answer or otherwise respond to plaintiff's complaint. Granting this Motion would extend the time to answer or otherwise respond to plaintiff's complaint from October 15, 2007, until November 14, 2007. There have been no previous extensions of time granted to the NMB. Good cause exists for the requested extension as follows:

1.   The NMB has discussed briefly with plaintiff the possibility of resolving this case without the need for litigation. The NMB would like to continue such discussions and believes that there is a significant likelihood that the case can be resolved without litigation.

2.   A 30-day extension in this case is warranted to facilitate settlement discussions

among the parties. If the current answer/response deadline of October 15, 2007, is not extended, the NMB will be required to devote substantial resources over the next few weeks to preparing an answer and/or motion to dismiss. This would divert time, attention and resources away from settlement discussions and reduce the likelihood that this case can be expeditiously resolved without the need for litigation.

3.   The NMB, through its undersigned counsel, has conferred with counsel for the other parties to this action, and they have stated that they do not object to the relief sought in this Motion.

Dated: September 10, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

THEODORE C. HIRT
Assistant Branch Director
Federal Programs Branch


 /s/ Peter Bryce

PETER BRYCE (NY and IL Bars)
Trial Attorney

United States Department of Justice
Civil Division, Rm. 7308
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone:  (202) 616-8335
Fax:  (202) 616-8470
E-mail: Peter.Bryce@usdoj.gov

Counsel for Federal Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, A DIVISION OF THE RAIL CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS<br><br>   Plaintiff,<br><br>   v.<br><br>NATIONAL MEDIATION BOARD,<br><br>   and<br><br>UNION PACIFIC RAILROAD CO.,<br><br>   Defendants. | Case No. 1:07-cv-01421 (RMU) |

**PROPOSED ORDER**

    Upon consideration of Defendant National Mediation Board's Unopposed Motion To Extend Time To Answer Or Respond (the "Motion"), it is hereby

    ORDERED that pursuant to Fed. R. Civ. P. 6(b), the Motion be, and hereby is, GRANTED, and it is

    FURTHER ORDERED that defendant the National Mediation Board shall answer or otherwise respond to plaintiff's complaint by November 14, 2007.


Dated: _____, 2007     _____
                                                      UNITED STATES DISTRICT JUDGE