UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, A DIVISION OF THE RAIL CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL MEDIATION BOARD, <br><br> and <br><br> UNION PACIFIC RAILROAD CO., <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *    Case No. 1:07CV1421 (RMU) <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## DEFENDANT UNION PACIFIC RAILROAD COMPANY'S
## MOTION FOR ADDITIONAL TIME

COMES NOW Defendant Union Pacific Railroad Company ("Union Pacific") and requests additional time, to and including November 14, 2007, to answer or otherwise respond to the Complaint in this case. In support of this request, Union Pacific states as follows:

1. Plaintiff's complaint alleges that Defendant National Mediation Board violated the Railway Labor Act, 45 U.S.C. § 151 et seq., in regard to its handling of an arbitration panel created by Plaintiff and Union Pacific.

2. Union Pacific has been joined in this lawsuit as an indispensable party. Under prior Court Order, Union Pacific's response to Plaintiff's Complaint is presently due on October 4, 2007.

4584683

3.     On Monday, September 10, 2007, Defendant National Mediation Board ("NMB") requested, and the Court granted, additional time, to and including November 14, 2007, to answer or otherwise respond to Plaintiff's Complaint.  NMB requested this extension to allow the parties to engage in settlement discussions aimed at resolving the case without the need for litigation.

5.     Given that the parties are discussing settlement, and given that the issue will not be joined on the Complaint until the NMB responds, Union Pacific respectfully requests that its deadline to respond to Plaintiff's Complaint similarly be extended to November 14, 2007.  This will avoid possibly unnecessary work by Union Pacific to prepare an answer or motion to dismiss, and will permit the parties to place all of their attention on efforts to resolve the case.

6.     Plaintiff's counsel has consented to Union Pacific's request for this extension.

WHEREFORE, Union Pacific respectfully requests that the Court grant Union Pacific additional time, to and including November 14 within which to answer or otherwise respond to the Complaint.

Respectfully submitted,

　　/s/ Harvey A. Levin
Harvey A. Levin (D.C. Bar No. 203869)
Clifford Godiner
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C.  20006-1167
(202) 585-6942 (telephone)
(202) 508-1013 (facsimile)
Email: hlevin@thompsoncoburn.com
　　　　cgodiner@thompsoncoburn.com

Counsel for Defendant Union Pacific Railroad Company

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September 2007, true and correct copies of the foregoing Motion and accompanying Order were served by ECF and by first class mail postage prepaid on:

Michael S. Wolly, Esquire
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut Avenue NW, Suite 712
Washington, DC 20036

Peter Bryce
United States Department of Justice
Civil Division, Rm. 7308
20 Massachusetts Ave., NW
Washington, DC 20530

          /s/ Harvey A. Levin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, A DIVISION OF THE RAIL CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL MEDIATION BOARD, <br><br> and <br><br> UNION PACIFIC RAILROAD CO., <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * Case No. 1:07CV1421 (RMU) <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

**ORDER GRANTING
DEFENDANT UNION PACIFIC RAILROAD COMPANY'S
MOTION FOR ADDITIONAL TIME**

On motion for Defendant Union Pacific Railroad Company ("Union Pacific"), for good cause shown, for an extension of thirty additional days, to and including November 14, 2007, to answer or otherwise respond to the Complaint, it is hereby ORDERED that:

1. Union Pacific's motion be, and it hereby is, granted.

2. Union Pacific shall have through November 14, 2007 within which to answer or otherwise respond to the Complaint.

 

_____
Ricardo M. Urbina
United States District Judge

4584702

- 2 -

Copies to:

Harvey A. Levin
Michael S. Wolly
Peter Bryce